UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRINI and THERESA FERRINI,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNIGARD INDEMNITY COMPANY, UNIGARD INSURANCE COMPANY and Does 1 through 25, inclusive,<br><br>          Defendants. | CASE NO. 07CV1096 – LEW – GGH<br><br>**ORDER DISMISSING PLAINTIFFS' SECOND AND THIRD CAUSES OF ACTION** |

Pursuant to the Parties' stipulation, filed on November 15, 2007, THE COURT FINDS AND RULES AS FOLLOWS:

1. Plaintiffs' Second Cause of Action, for "Declaratory Relief re Offset for Amount Recovered from At-fault Third-Party," is dismissed with prejudice. Defendants waive defense costs and attorney fees.

2. Plaintiffs' Third Cause of Action, for "Declaratory Relief re Stay of Underinsured Motorist Proceedings," is dismissed without prejudice.

3. Plaintiffs and Defendants stipulate that, in the event Plaintiffs, or either of them, pursue a claim for underinsured motorist coverage, the arbitrator appointed pursuant to the terms of the policies, within the context of the arbitration provisions of the

1 underinsured motorist insurance policy at issue in this case, shall decide whether to
2 lift the stay of the underinsured motorist proceedings, imposed pursuant to Insurance
3 Code § 11580.2(f), at any time before Plaintiff John Ferrini's workers' compensation
4 claim is adjudicated by award or settled by a compromise and release.

DATED:  November 26, 2007

_____
HONORABLE RONALD S.W. LEW
Senior United States District Judge