UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRINI and THERESA FERRINI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNIGARD INDEMNITY COMPANY, UNIGARD INSURANCE COMPANY and Does 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 07CV1096 – LEW – GGH<br><br>**ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

　　　　The Motion for Summary Judgment of defendants Unigard Indemnity Company and Unigard Insurance Company ("Unigard"), and the Cross-Motion for Summary Judgment of plaintiffs John Ferrini and Theresa Ferrini came on for hearing before this Court on November 2, 2007. Having considered the papers filed in connection with the motion and cross-motion, and argument of counsel, and good cause appearing therefor, the Court finds and rules as follows:

　　　　1.　　On the Plaintiffs' First Cause of Action, the defendants are entitled to a judgment declaring that the underinsured motorist coverage provided by Unigard Indemnity Company to plaintiff John Ferrini's employer requires a reduction of the per-accident policy limit by the amount of all workers' compensation benefits paid to John Ferrini because of the December 11, 2000 accident, to the extent such payments exceed the recovery from the at-fault underinsured driver.

1           Accordingly, the Court **GRANTS** Unigard's Motion for Summary Judgment as to
2   Plaintiffs' First Cause of Action, and **DENIES** Ferrinis' Cross-Motion for Summary Judgment.
3           2.      Pursuant to stipulation, the Plaintiffs' Second and Third Causes of Action have
4   been dismissed.  Accordingly, the Court **DENIES AS MOOT** Unigard's Motion for Summary
5   Judgment as to Plaintiffs' Second and Third Causes of Action.

        IT IS SO ORDERED.


DATED:  November 26, 2007

                                        /s/ Ronald S.W. Lew
                                        _____
                                        HONORABLE RONALD S.W. LEW
                                        Senior United States District Judge