UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRINI and THERESA FERRINI,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIGARD INDEMNITY COMPANY, UNIGARD INSURANCE COMPANY and Does 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 07CV1096 – LEW – GGH<br><br>**JUDGMENT** |

  This action came on for hearing before the Court, Honorable Ronald S.W. Lew, District Judge, Presiding, and the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED, and the Court declares:

  1. That the underinsured motorist coverage provided by Unigard Indemnity Company to Semper Virens Bakery Foods, Inc. includes a provision or provisions authorizing a reduction of the per-accident policy limit by the amount of all workers' compensation benefits paid to John Ferrini because of the December 11, 2000 accident, to the extent such payments exceed the recovery from the at-fault underinsured driver.

2. That the action be dismissed on the merits, and that the parties shall bear their own costs and attorneys' fees in accordance with the Stipulation to Dismiss Second And Third Causes of Action of Plaintiffs' Complaint for Declaratory Relief and the Order thereon.

DATED:  November 26, 2007

*/s/ Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW

Senior United States District Judge